390 A.2d 294

Commonwealth v. Johnstone, Appellant.

Argued March 27, 1978.

George Gershenfeld, for appellant; S. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.